1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TJUANA MARIE JOHNSON,              Case No. EDCV 19-0250 SS

12                    Plaintiff,

13        v.                                      **JUDGMENT**

14   ANDREW M. SAUL, Commissioner
     of Social Security,

15
                     Defendant.
16

17

18

19        IT IS ADJUDGED that the decision of the Commissioner is

20   REVERSED and that the above-captioned action is REMANDED to the

21   Commissioner for further action consistent with the Court's

22   Memorandum Decision and Order.

23

24   DATED:  October 21, 2019

25

                                          _____/S/_____  _____
26                                        SUZANNE H. SEGAL
                                          UNITED STATES MAGISTRATE JUDGE
27

28