LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TJUANA M. JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 19-0250 SS<br><br>**ORDER AWARDING**<br>**EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND FIFTY-SIX DOLLARS AND 78/100 ($5,056.78) subject to the terms of the stipulation.

DATE: 12/20/19        _____/S/_____

                                         HON. SUZANNE H. SEGAL,
                                         UNITED STATES MAGISTRATE JUDGE